RECEIVED
AUG 05 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RONALD M. COIA, et al. :
:
v. : C.A. No. 05-297T
:
CAPITAL CITY CONCRETE, INC. :

**STIPULATION**

The parties in the within matter hereby agree that the defendant shall have up to and including August 5, 2005 within which to file its answer and/or responsive pleading to plaintiff's complaint.

Plaintiff,
***Ronald M. Coia, et al.***
By its Attorneys:

8/1/05

Robert P. Brooks (#3721)
***Adler Pollock & Sheehan, P.C.***
One Citizens Plaza, 8th Floor
Providence, RI 02903
***Phone:*** 401/274-7200
***Facsimile:*** 401/751-0605 - 351-0607

Dated:

Defendant,
***Capital City Concrete, Inc.***
By its Attorneys:

David M. Campbell (#3355)
***Visconti & Boren, Ltd.***
55 Dorrance Street
Providence, RI 02903
***Phone:*** 401/331-3800
***Facsimile:*** 401/421-9302

Dated:

ENTER
Ernest C. Torres
Chief, U.S. District Judge
DATE: 8/9/05