RECEIVED
OCT 14 2005
Clerk of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD M. COIA et al.

v. C.A. No. 05-297T

CAPITAL CITY CONCRETE, INC.

## STIPULATED JUDGMENT

Judgment shall enter in favor of Plaintiffs and against Defendant in the amount of $22,121.78. Execution of the judgment is hereby stayed pending payment by Defendant to Plaintiffs in accordance with the Settlement Agreement executed by the parties, a copy of which is attached hereto and made a part hereof as **Exhibit A** ("the Agreement"). In the event of Defendant's failure to comply with the payment terms set forth in the Agreement, execution on the unpaid balance of the Judgment shall issue forthwith.

CAPITAL CITY CONCRETE, INC.
By its attorneys,

GIRARD R. VISCONTI, #0566
VISCONTI & BOREN, LTD.
55 Dorrance Street
Providence, RI 02903-2219
Tel: (401) 331-3800
Fax: (401) 421-9302
Dated: 10-14-05

RONALD M. COIA, et al.
By their attorneys,

ROBERT P. BROOKS, #3721
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604
Dated: 10/14/05

*344517_1.doc*

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 10/26/05