# SETTLEMENT AGREEMENT

This Settlement Agreement is entered into this ____ day of September, 2005 by and between the Rhode Island Laborers' Employee Benefit Funds (as hereinafter defined), the Rhode Island Laborers' District Council of the Laborers' International Union of North America, AFL-CIO ("Union") and Capital City Concrete, Inc. ("Capital City").

WITNESSETH:

WHEREAS, on or about June 1, 2001, the Union and Capital City entered into a collective bargaining agreement which required that Capital City make contributions for its covered employees to the Rhode Island Laborers' Employee Benefit Funds, which are defined in the collective bargaining agreement as the Rhode Island Laborers' Health Fund, the Rhode Island Laborers' Pension Fund, the New England Laborers' Training Trust Fund, the New England Laborers' Labor Management Cooperation/Trust Fund, the New England Laborers' Health & Safety Fund, the New England Laborers' Unified Trust Fund, the Rhode Island Laborers' Legal Services Fund, the Rhode Island Laborers' Annuity Fund and the Rhode Island Construction Industry Advancement Fund (hereinafter collectively the "Funds"); and

WHEREAS, Capital City also agreed to deduct $.70 per hour worked from the wages of each employee who were or became part of the Union and to authorize said deductions in writing; and

WHEREAS, Capital City is delinquent in its contributions to the Funds, and for its employees' Union dues in the amount of $18,621.78 for the months of November and December, 2004, and January, 2005; and

WHEREAS, the Funds and Union have also alleged, as a result of an audit of Capital City's records, that Capital City owes the Funds additional unpaid contributions and Union unpaid dues for calendar years 2001 and 2002 in the total amount of $15,523.43, which allegations Capital City has expressly denied; and

WHEREAS, the Funds and Union filed an action in the United States District Court for the District of Rhode Island against Capital City on July 6, 2005 seeking payment of the above-referenced amounts; and

WHEREAS, the Funds, Union and Capital City have agreed to compromise with respect to the amounts owed by Capital City as the result of certain claims by Capital City that certain claimed hours are not compensable to the Funds, provided that Capital City makes payments pursuant to the schedule described below and that a stipulated judgment in the amount of $22,121.78 is entered in the above-referenced court action.

NOW, THEREFORE, for good and valuable consideration, the exchange of which is hereby acknowledged by the parties, it is hereby agreed as follows:

1. A stipulated judgment shall enter in the United States District Court for the District of Rhode Island in Case No. 05-297T in favor of the Funds and Union and against Capital City in the amount of $22,121.78 in full settlement of that cause of action. A copy of the stipulated judgment that shall be so entered is attached hereto and made a part hereof as **Exhibit A**.

2. The Funds and Union shall forego execution on the full judgment amount provided that Capital City makes payment to the Funds pursuant to the following schedule, within a five (5) business day grace period:

| **Payment** | **Date** |
|---|---|
| $10,000.00 | Immediately |
| $ 1,500.00 | October 15, 2005 |
| $ 1,500.00 | November 15, 2005 |
| $ 1,500.00 | December 15, 2005 |
| $ 2,500.00 | January 15, 2006 |
| $ 2,500.00 | February 15, 2006 |
| $ 2,621.78 | March 15, 2006 |

3. Capital City acknowledges and agrees that in the event that it does not comply with this payment schedule, that the Funds and Union shall immediately execute on the full judgment amount and shall take whatever other actions are authorized under the Union's collective bargaining agreement with Capital City.

IN WITNESS WHEREOF, this Agreement has been executed as of the date first above written.

WITNESS:

______________________________

______________________________
RONALD M. COIA, TRUSTEE of the Rhode Island Laborers' Health Fund, et al. and the Rhode Island Laborers' District Council of the Laborers' International Union of North America, AFL-CIO

WITNESS:

CAPITAL CITY CONCRETE, INC.

______________________________

By:______________________________

*344504_1.doc*